UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Robert C. Nisenson, LLC
10 Auer Court
East Brunswick, NJ 08816
(732) 238-8777
(732) 238-8758 (fax)
RCN 6680

Order Filed on March 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Kevin Altamirano

| | |
|---|---|
| Case No.: | 20-11130 |
| Chapter: | 13 |
| Judge: | VFP |

**ORDER AUTHORIZING RETENTION OF**

Keller Williams

The relief set forth on the following page is **ORDERED**.

**DATED: March 4, 2020**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Upon the applicant's request for authorization to retain _____Keller Williams_____

as _____Realtor_____, it is hereby ORDERED:

1. The applicant is authorized to retain the above party in the professional capacity noted. The professional's address is:  44 Whippany Rd.
   Morristown, NJ 07090

2. Compensation will be paid in such amounts as may be allowed by the Court on proper application(s).

3. If the professional requested a waiver as noted below, it is ☐ Granted   ☐ Denied.

    ☐ Waiver, under D.N.J. LBR 2014-2(b), of the requirements of D.N.J. LBR 2016-1.

    ☐ Waiver, under D.N.J. LBR 2014-3, of the requirements of D.N.J. LBR 2016-1 in a chapter 13 case. Payment to the professional may only be made after satisfactory completion of services.

4. The effective date of retention is the date the application was filed with the Court.

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
```

In re:                                                          Case No. 20-11130-VFP
Kevin L Altamirano                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin            Page 1 of 1         Date Rcvd: Mar 05, 2020
                        Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 07, 2020.
db              +Kevin L Altamirano,    1555 Lexington Avenue,    New York, NY 10029-6245

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 07, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 5, 2020 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Roundpoint Mortgage Servicing Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Karen Wachs    on behalf of Creditor    Signature Place at Garfield Condominium Association, Inc.
               KWachs@cmsllc.law
              Marie-Ann Greenberg    magecf@magtrustee.com
              Robert C. Nisenson    on behalf of Debtor Kevin L Altamirano r.nisenson@rcn-law.com,
               doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5