| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>CURCIO MIRZAIAN SIROT LLC<br>5 Becker Farm Road, Suite 406<br>Roseland, New Jersey 07068<br>(973) 226-4534<br>Attorneys for Creditor, Signature Place at Garfield<br>Condominium Association, Inc. | Order Filed on December 8, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>KEVIN L. ALTAMIRANO, | Case No.: 20-11130-VFP<br>Hearing Date: August 6, 2020<br>Judge: Vincent F. Papalia<br>Chapter: 13 |

Recommended Local Form:    ☐ Followed    ☐ Modified

## ORDER VACATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: December 8, 2020**

_/s/ Vincent F. Papalia_
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

Upon the motion of  Signature Place at Garfield Condominium Association, Inc.  , under Bankruptcy Code section 362(a) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒ Real property more fully described as:

5 Dahlia Lane
Garfield, NJ 07026

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its state court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the property.

☐ Personal property more fully described:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

rev. 7/12/16

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 20-11130-VFP |
| Kevin L Altamirano | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 08, 2020 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 10, 2020:**

**Recip ID    Recipient Name and Address**
db        + Kevin L Altamirano, 1555 Lexington Avenue, New York, NY 10029-6245

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 10, 2020            Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 8, 2020 at the address(es) listed below:

**Name**                **Email Address**

Denise E. Carlon
                on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jeffrey A Sirot
                on behalf of Creditor Signature Place at Garfield Condominium Association  Inc. inbox@cmsllc.law

Karen Wachs
                on behalf of Creditor Signature Place at Garfield Condominium Association  Inc. KWachs@cmsllc.law

Marie-Ann Greenberg
                magecf@magtrustee.com

Robert Davidow
                on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION nj.bkecf@fedphe.com

Robert C. Nisenson
                on behalf of Debtor Kevin L Altamirano r.nisenson@rcn-law.com

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 08, 2020 | Form ID: pdf903 | Total Noticed: 1 |

doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7