UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Order Filed on April 30, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:
Kevin L Altamirano,

Debtor.

| | |
|---|---|
| Case No.: | 20-11130 |
| Chapter: | 13 |
| Judge: | Vincent F. Papalia |

**ORDER SHORTENING TIME PERIOD FOR NOTICE, SETTING HEARING AND LIMITING NOTICE**

(For Matters Heard During Operation of the United States Bankruptcy Court's Amended General Order Regarding Court Operations Under Exigent Circumstances Caused by Coronavirus (COVID-19)

The relief set forth on the following pages, numbered two (2) and three (3) is hereby **ORDERED**.

**DATED: April 30, 2021**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

After review of the application of Kenneth Rosellini as counsel for Debtor for a reduction of time for a hearing on Debtor's Motion to Sell Property under 363(f), filed by Robert Nisenson          , under Fed. R. Bankr. P. 9006(c)(1), it is

ORDERED as follows:

1. A hearing will be conducted on the matter on May 20, 2021 at 10:00am in the United States Bankruptcy Court, via telephone Conference call, instructions on appearing by phone can be found on page three (3) of this order.

2. The Applicant must serve a copy of this Order, and all related documents, on the following parties: all secured creditors and their counsel, if known; prospective buyer and/or their counsel

by [X] each, ☐ any of the following methods selected by the Court:
(if available)
☐ fax, [X] overnight mail, ☐ regular mail, [X] email, ☐ hand delivery.

3. The Applicant must also serve a copy of this Order, and all related documents, on the following parties: The Chapter 13 Standing Trustee; all other creditors or their counsel; any other party having filed a Notice of Appearance in the case.

by [X] any of the following methods selected by the Court: ☐
[ ] fax, ☐ overnight mail, [X] regular mail, [X] email, [ ] hand delivery

4. Service must be made:
☐ on the same day as the date of this order, or
[X] within   1   day(s) of the date of this Order.

5. Notice by telephone:
[X] is not required
☐ must be provided to _____
☐ on the same day as the date of this Order, or
☐ within _____ day(s) of the date of this Order.

2

6. A *Certification of Service* must be filed prior to the hearing date.

7. Any objections to said motion/application identified above:

[X]   must be filed with the Court and served on all parties in interest by electronic or overnight mail
By: May 17, 2021

☐ be presented orally at the hearing in the manner prescribed below.

8. For motions/applications being heard on shortened time during the time period in which the New Jersey Bankruptcy Court's Amended General Order Regarding Court Operations Under the Exigent Circumstances Created by Coronavirus (COVID-19) is operative, any party who wishes to prosecute or oppose the motion/application, or otherwise listen in, must appear by phone, unless instructed otherwise.

[X] Parties are directed to make arrangements to appear telephonically via Court Solutions.(https://www.court-solutions.com/ or dial 917-746-7476)

☐ Other:

*rev.3/23/20*

United States Bankruptcy Court

District of New Jersey

In re:  
Kevin L Altamirano  
    Debtor

Case No. 20-11130-VFP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 30, 2021      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 02, 2021:**

**Recip ID**     **Recipient Name and Address**  
db     + Kevin L Altamirano, 1555 Lexington Avenue, New York, NY 10029-6245

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 02, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2021 at the address(es) listed below:**

**Name**     **Email Address**

Andrew L. Spivack  
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION andrew.spivack@brockandscott.com wbecf@brockandscott.com

Denise E. Carlon  
    on behalf of Creditor Roundpoint Mortgage Servicing Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jeffrey A Sirot  
    on behalf of Creditor Signature Place at Garfield Condominium Association Inc. inbox@cmsllc.law

Karen Wachs  
    on behalf of Creditor Signature Place at Garfield Condominium Association Inc. KWachs@cmsllc.law

Marie-Ann Greenberg  
    magecf@magtrustee.com

Matthew K. Fissel  
    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com

District/off: 0312-2     User: admin     Page 2 of 2

Date Rcvd: Apr 30, 2021     Form ID: pdf903     Total Noticed: 1

Robert C. Nisenson     on behalf of Debtor Kevin L Altamirano r.nisenson@rcn-law.com
doreen@rcn-law.com;g2729@notify.cincompass.com;nisensonrr70983@notify.bestcase.com

U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8