**ROBERT C.  NISENSON, L.L.C.**
10 Auer Court
East Brunswick, NJ 08816
 (732) 238-8777
Attorneys for Debtor
Robert C. Nisenson, Esq.
RCN 6680

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| In the Matter of | : | Case:  20-11130 |
| | : | Chapter |
| KEVIN L. ALTAMIRANO | : | |
| | : | |
| Debtor. | : | |
| | : | |

## WITHDRAWAL OF DOCUMENT

The Debtor hereby withdraws Debtor's Amended Chapter 13 Plan on Docket # 65.

<u>/s/ Robert C. Nisenson</u>
ROBERT C. NISENSON

Dated: October 4, 2021